# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:05-cr-319-T-30MSS |
| LUIS GUEL | USM Number: |
| | |
| | Maria Guzman, pda. |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE, TWO and THREE of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | New criminal conduct, Cocaine Trafficking, while on supervision, in violation of the conditions of supervision | July 6, 2006 |
| TWO | New criminal conduct, Possession with Intent to Distribute Cocaine, while on supervision, in violation of the conditions of supervision | July 6, 2006 |
| THREE | New criminal conduct, Possession of Drug Paraphernalia, while on supervision, in violation of the conditions of supervision | July 6, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 10, 2009
Date of Imposition of Judgment

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

11 Feb. 2009
Date

DEFENDANT: Luis Guel  
CASE NUMBER: 8:05-cr-319-T-30MSS  
Judgment - Page  2  of  2

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of EIGHTEEN (18) MONTHS.**

**Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

  ___ at _____ a.m.   p.m.   on _____.

  ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ___ before 2 p.m. on _____.

  ___ as notified by the United States Marshal.

  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL